**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone:  212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 24-1258                  Caption [use short title]

**Motion for:** to be relieved as counsel, Anders              US v. Evans

Set forth below precise, complete statement of relief sought:

Anders brief

**MOVING PARTY:** Willie Evans                    **OPPOSING PARTY:** United States of America

☐ Plaintiff          ☐ Defendant

✔ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Elizabeth Latif            **OPPOSING ATTORNEY:** Peter Davis

[name of attorney, with firm, address, phone number and e-mail]

1022 Boulevard, #272                    USAO SDNY

West Hartford, CT 06119                  1 St. Andrew's Plaza, NY, NY 10007

elatif@elizabethlatif.com; 8609961723        (212) 637-2468

Court-Judge/Agency appealed from: Hellerstein, J.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):

☐ Yes ✔ No (explain): Anders

Opposing counsel's position on motion:

☐ Unopposed ☐ Opposed ✔ Don't Know

Does opposing counsel intend to file a response:

☐ Yes ☐ No ✔ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?          ☐ Yes ☐ No

Has this relief been previously sought in this Court?    ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is oral argument on motion requested?    ☐ Yes ✔ No    (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ✔ No    If yes, enter date:

**Signature of Moving Attorney:**

/s/Elizabeth Latif            **Date:** 1/10/25        Service by: ✔ CM/ECF    ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

-------------------------------------------------------- x

UNITED STATES OF AMERICA,

Appellee,

 -v.-

Willie Evans,

Defendant-Appellant.

-------------------------------------------------------- x

## DECLARATION OF ELIZABETH A. LATIF

ELIZABETH A. LATIF, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of this Court's Criminal Justice Act Panel. I was assigned as counsel to represent Defendant-Appellant Willie Evans on the above-captioned appeal.

2. I submit this declaration in support of a motion for an order pursuant to *Anders v. California*, 386 U.S. 738 (1967), relieving me as counsel on appeal on the grounds that the record presents no non-frivolous argument to challenge the judgment in this case.

3. I have carefully examined, inter alia, the District Court docket sheet, the indictment, the plea agreement, the plea transcript, the PSR, the defendant's sentencing memorandum, the government sentencing memorandum, the transcript of the sentencing hearing, the judgment of conviction, the orders of forfeiture, and the statement of reasons. I verified the PSR's and the court's computations of Mr.

Evans's offense level and his criminal history category. I communicated with Mr. Evans by letter and phone on several occasions. I conducted independent legal research concerning, among other things, the requirements under Fed. R. Crim. P. 11 and Fed. R. Crim. P. 32.

4.Having conscientiously reviewed the record in this appeal and conducted the foregoing legal research, it is my professional opinion that there are no non-frivolous arguments on this record for appeal. The factual and legal bases for these conclusions are set forth in the accompanying Brief and Appendix.

5.Accordingly, I have prepared a brief pursuant to *Anders*, submitted simultaneously with this motion, and request that I be relieved as Mr. Evans attorney.

6. Today, I mailed Mr. Evans a letter, via United States Priority Mail, Return Receipt Requested, informing him of the Motion and Brief and advising him of his rights with respect to my motion to be relieved. I informed Mr. Evans that (1) I have filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967); (2) the filing of the *Anders* brief will probably result in the dismissal of the appeal; and (3) if the Court grants my motion, I will be discharged as his attorney, and Mr. Evans may request assistance of other counsel or submit pro se response papers. As to the pro se papers, I have informed him that he has several options available to him, including (1) opposing my motion to be relieved; (2) requesting that the Court grant my motion to be relieved but assign other counsel to represent him on appeal; and (3) submitting a pro se brief setting forth what he believes to be the meritorious issues on appeal.

7. I informed him that under the Court's rules, if he wishes to submit papers in response to my motion, he must notify the Court of his intention to do so within 14 days of his receipt of my motion, and must file papers requesting a brief filing date within 91 days of his receipt of my motion to do so. Lastly, I sent Mr. Evans true

and correct copies of the motion and this Declaration, the Anders brief, as well as the Appendix, and the Court's so-ordered scheduling notification.

8.WHEREFORE, for the foregoing reasons, I respectfully request that this Court enter an order relieving me as counsel to the appellant, pursuant to *Anders v. California*, 386 U.S. 738 (1967).

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

January 10, 2025

/s/ Elizabeth A. Latif

Elizabeth A. Latif

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I HEREBY CERTIFY that on this date I mailed a true copy of the Brief Pursuant to Anders v. California, as well as the Corrected motion, Declaration, the Appendix, and the Court's so-ordered scheduling notification to the party named below:

Willie Evans
#87822-054
FCI Hazelton
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
BRUCETON MILLS, WV   26525

by United States Priority Mail, Return Receipt Requested.

/s/ Elizabeth A. Latif

Elizabeth A. Latif