# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand twenty-five.

Before:       William J. Nardini,
              *Circuit Judge.*

_____

United States of America,

        Appellee,

  v.

Jerlaine Little, et al.,

        Defendants,

Jamarr Simmons, AKA Sealed Defendant 2,
Willie Evans AKA Mills,

        Defendant - Appellant.

_____

**ORDER**

Docket Nos. 23-7971(L), 24-1258(Con)

Stephanie M. Carvlin, counsel for Appellant Jamarr Simmons, moves for leave to file an interim CJA voucher.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court